

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

FJN
F. #2018R02355/NY-NYE-800

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 26, 2020

By E-mail

The Honorable Robert M. Levy
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

The application is granted.
SO ORDERED
s/Robert Levy

2/26/20

Re: United States v. Yonny Cano Linares
Criminal Docket No. 19-316 (AMD)

Dear Judge Levy:

The government respectfully moves for an order unsealing the above-captioned matter in its entirety.

Respectfully submitted,

RICHARD P. DONOGHUE
United States Attorney

By: /s/
Francisco J. Navarro
Assistant U.S. Attorney
(718) 254-6007

Enclosure

cc: Clerk of Court (By ECF)

FJN
F.# 2018R02355/NY-NYE-800

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | P R O P O S E D   O R D E R |
| - against - | CR 19-316 (AMD) |
| YONNY CANO LINARES,<br>     also known as "Llanero," | |
|      Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - X

Upon the application of RICHARD P. DONOGHUE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Francisco J. Navarro, for an order unsealing the above-captioned matter in its entirety.

WHEREFORE, it is ordered that the above-captioned matter in its entirety be unsealed.

Dated:   Brooklyn, New York
             _____, 2020

_____
HONORABLE ROBERT M. LEVY
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK